IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pacholski, William G

Printed: 7/1/08

Case Number: 06 B 16816
Judge: Wedoff, Eugene R
Filed: 12/19/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 15, 2008
Confirmed: February 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,150.00 |  |
| Secured: |  | 2,171.90 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,758.65 |
| Trustee Fee: |  | 219.45 |
| Other Funds: |  | 0.00 |
| Totals: | 4,150.00 | 4,150.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,579.00 | 1,758.65 |
| 2. | Wells Fargo Auto Finance | Secured | 9,885.23 | 2,171.90 |
| 3. | Illinois Dept of Revenue | Priority | 102.19 | 0.00 |
| 4. | American General Finance | Unsecured | 3,402.88 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 58.00 | 0.00 |
| 6. | Wells Fargo Auto Finance | Unsecured | 0.00 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 59.95 | 0.00 |
| 8. | First Financial | Unsecured | 164.34 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 28.03 | 0.00 |
| 10. | Illinois Dept Of Employment Sec | Unsecured | 547.70 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 52.45 | 0.00 |
| 12. | Illinois Student Assistance Commission | Unsecured | 2,137.74 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 20.31 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 3.00 | 0.00 |
| 15. | Capital One | Unsecured | 39.01 | 0.00 |
| 16. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 17. | Capital One | Unsecured |  | No Claim Filed |
| 18. | First Card | Unsecured |  | No Claim Filed |
| 19. | Jewel Food Stores | Unsecured |  | No Claim Filed |
| 20. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 21. | First USA Bank/Lomas Bank | Unsecured |  | No Claim Filed |
| 22. | Lincoln Park Anesthesia | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 19,079.83 | $ 3,930.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Pacholski, William G | Case Number:  06 B 16816 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/1/08 | Filed:  12/19/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 37.20 |
| 5.4% | 182.25 |
| | _____ |
| | $ 219.45 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

